IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES BRIAN WRIGHT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. CIV-09-478-JHP-SPS |
| MONTE JOHNSON, et al., | ) | |
| Defendants. | ) | |

## JUDGMENT

This matter came before the Court following a review of the Amended Complaint filed herein. The Court duly considered the Amended Complaint and rendered a decision thereon.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered for Defendants Johnson, Cowan and the State of Oklahoma and against Plaintiff.

It is so ordered on this  22nd  day of March, 2010.

James H. Payne
United States District Judge
Eastern District of Oklahoma